UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| JASON LEE KASZKO,<br><br>   Plaintiff,<br><br>v.<br><br>RSH & ASSOCIATES LLC; and<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendants Experian Information Solutions, Inc. ("Experian") and RSH & Associates LLC ("RSH") (collectively, "Defendants") hereby file this Joint Notice of Removal of the above-captioned action to this Court, and state as follows:

1. Experian and RSH are named Defendants in Civil Action No. 22 LM 2108 filed by Plaintiff Jason Lee Kaszko ("Plaintiff") in the District Court of Wyandotte County, Kansas (the "State Court Action").

2. The Petition in the State Court Action was filed with the Clerk of the Wyandotte County District Court, and the Petition bears a file stamp of June 31, 2022. (It is unclear exactly when the Petition was actually filed, since June 31 does not exist on the calendar, but we assume it was filed on either June 30, 2022 or on July 1, 2022.)

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants in the State Court Action is attached hereto as Exhibit A and B.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. RSH is a limited liability company which regularly furnishes information to one or more consumer reporting agencies about its transactions or experiences with consumers, and therefore is a "furnisher of information" within the meaning of 15 U.S.C. § 1681s-2.

8. The claims for relief against Defendants alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9. All named defendants have been served with the Summons and Complaint in the State Court Action and hereby join in removing the above-captioned action to this Court.

10. Promptly after the filing of this Joint Notice of Removal, Defendants shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: August 10, 2022						Respectfully submitted,

							/s/ Danne W. Webb
							Danne W. Webb (KS #22312)
							HORN AYLWARD & BANDY, LLC
							2600 Grand Blvd., Suite 1100
							Kansas City, MO 64108
							Telephone:  816-421-0700
							Facsimile:  816-421-0899
							dwebb@hab-law.com

							*Attorney for Defendant*
							*Experian Information Solutions, Inc.*

Dated: August 10, 2022						Respectfully submitted,

							/s/ Sean M. Sturdivan
							Sean M. Sturdivan (KS #21286)
							Sanders Warren & Russell LLP
							Compass Corporate Centre
							11225 College Boulevard, Suite 450
							Overland Park, KS 66210
							Tel: (913) 234-6137
							Fax: (913) 234-6199

							*Attorney for Defendant RSH & Associates LLC*

3