IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JASON LEE KASZKO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RSH & ASSOCIATES LLC and EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>　　　　　Defendants.<br>─────────────────────────────<br>RSH & ASSOCIATES, LLC,<br><br>　　　　　Third-Party Plaintiff,<br><br>v.<br><br>TUTERA SENIOR LIVING & HEALTH CARE, L.L.C.,<br><br>　　　　　Third-Party Defendants.<br>───────────────────────────── | )<br>)<br>)<br>)　CIVIL ACTION<br>)<br>)　No. 22-cv-02316-KHV<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**( )**　**JURY VERDICT.**　This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )**　**DECISION BY THE COURT.**　This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

　　　　**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Doc. #73) filed June 5, 2023, that plaintiff's Motion For Entry Of Judgment Pursuant To Fed. R. Civ. P. 68 (Doc. #69) is granted and judgment is entered in favor of plaintiff Jason Lee Kaszko, for the amount of $20,000 against defendant Experian Information Solutions, Inc., on Count I of the Complaint.

Dated: 6/5/2023　　　　　　　　　　　　　　　SKYLER B. O'HARA, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　s/ Audra Harper
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

1