# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **JASON LEE KASZKO,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**RSH & ASSOCIATES LLC** and **EXPERIAN INFORMATION SOLUTIONS INC.,**<br><br>　　　　Defendants.<br><br>---<br><br>**RSH & ASSOCIATES, LLC,**<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>**TUTERA SENIOR LIVING & HEALTH CARE, L.L.C,**<br><br>　　　　Third-Party Defendants. | Case No.: 2:22-cv-02316 KHV/TJJ |

## SATISFACTION OF JUDGMENT

COMES NOW Plaintiff Jason Kaszko, through undersigned counsel, and provides notice to the Court that the Judgment in this matter entered on or about June 5, 2023 is fully satisfied as to Defendant Experian Information Solutions, Inc.

Dated:  June 5, 2023　　　　　　　　*Respectfully submitted,*

　　　　　　　　　　　　　　　　　　By: /s/ Matthew S. Robertson
　　　　　　　　　　　　　　　　　　A.J. Stecklein　　　　　#16330
　　　　　　　　　　　　　　　　　　Michael H. Rapp　　　　#25702
　　　　　　　　　　　　　　　　　　Matthew S. Robertson　#27254
　　　　　　　　　　　　　　　　　　Stecklein & Rapp Chartered
　　　　　　　　　　　　　　　　　　748 Ann Avenue, Suite 101
　　　　　　　　　　　　　　　　　　Kansas City, Kansas 66101
　　　　　　　　　　　　　　　　　　Telephone:  913-371-0727

1

        Facsimile:  913-371-0727  
        Email: AJ@KCconsumerlawyer.com  
             MR@KCconsumerlawyer.com  
             MSR@KCconsumerlawyer.com  
        **Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, a true and correct copy of the above and foregoing was filed electronically with the Clerk of the Court, which will automatically notify counsel of record.

        /s/ Matthew S. Robertson  
        Attorney for Plaintiff

2