IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JASON LEE KASZKO,**<br><br>Plaintiff,<br><br>v.<br><br>**RSH & ASSOCIATES LLC** and **EXPERIAN INFORMATION SOLUTIONS INC.,**<br><br>Defendants.<br>───────────────────────────────<br>**RSH & ASSOCIATES, LLC,**<br><br>Third-Party Plaintiff,<br><br>v.<br><br>**TUTERA SENIOR LIVING & HEALTH CARE, L.L.C.,**<br><br>Third-Party Defendants.<br>─────────────────────────────── | **CIVIL ACTION**<br><br>No. 22-cv-02316-KHV |

**ORDER**

On August 10, 2023 the Court was notified that parties Defendant/Third-Party Plaintiff RSH & Associates, LLC and Third-Party Defendant Tutera Senior Living & Healthcare, LLC have reached an agreement resolving RSH's Third-Party Complaint against Tutera and Tutera's Counterclaim against RSH.

**IT IS THEREFORE ORDERED** that the Clerk administratively terminate the third-party action without prejudice to the rights of the parties to reopen the third-party proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the third-party action. **No later than August 17, 2023**, the parties shall file a stipulation of dismissal for these claims signed by the parties above who have appeared in

1

the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not moved to reopen the third-party proceeding for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, entry of final judgment and dismissal with prejudice of third-party plaintiff's claims and third-party defendant's counterclaims under Rule 41(a)(2).

**IT IS SO ORDERED.**

Dated this 11th day of August, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>
KATHRYN H. VRATIL<br>
United States District Judge