**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY**

| | |
|---|---|
| JASON LEE KASZKO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-02316 |
| | ) |
| RSH & ASSOCIATES, LLC | ) |
| and | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| RSH & ASSOCIATES, LLC, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TUTERA SENIOR LIVING & | ) |
| HEALTH CARE, L.L.C., | ) |
| | ) |
| Third-Party Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Third-Party Plaintiff, RSH & Associates, LLC ("RSH") and Third-Party Defendant, Tutera Senior Living & Health Care, L.L.C. ("Tutera"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby agree that this third-party cause of action, including the third-party claims made by RSH against Tutera and the counterclaims made by Tutera against RSH, should be dismissed <u>with prejudice</u>, with each party to bear its own attorney fees and costs.

Dated: August 23, 2023

Submitted by:

s/ Sean M. Sturdivan
Sean M. Sturdivan     KS #21286
Jackson J. Gilkey     KS #79079
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Tele: (913) 234-6100
Fax: (913) 234-6199
s.sturdivan@swrllp.com
j.gilkey@swrllp.com
*Attorneys for Third-Party Plaintiff,*
*RSH & Associates, LLC*

and

**MARTIN, PRINGLE, OLIVER,**
  **WALLACE & BAUER, L.LP.**

s/ Samuel P. Heaney
Samuel P. Heaney     KS #26399
Scott B. Haines      KS #17509
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, Kansas 66210
Tele: (913) 491-5500
Fax: (913) 491-3341
spheaney@martinpringle.com
sbhaines@martinpringle.com
*Attorneys for Third-Party Defendant,*
*Tutera Senior Living & Health Care, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2023, I electronically filed the foregoing pleading via the CM/ECF system, which will send a notice of electronic filing to all parties.

s/ Samuel P. Heaney

2