IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **JASON LEE KASZKO,**<br><br>　　　　　　Plaintiff,<br><br>**vs.**<br><br>**RSH & ASSOCIATES LLC** and **EXPERIAN INFORMATION SOLUTIONS INC.,**<br><br>　　　　　　Defendants. | Case Number: 22-cv-02316 KHV/TJJ |

**NOTICE OF SETTLEMENT WITH DEFENDANT RSH & ASSOCIATES, LLC**

Comes now Plaintiff Jason Lee Kaszko, by and through his undersigned counsel, and hereby notifies the Court that the above-captioned lawsuit has been settled with Defendant RSH & Associates, LLC. Plaintiff further states:

1. Plaintiff is Jason Lee Kaszko; Defendants are RSH & Associates, LLC and Experian Information Solutions, Inc.

2. Plaintiff sued Defendants for alleged violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq*.

3. This case was removed to federal court on August 10, 2022 (Doc. 1).

4. A Satisfaction of Judgment of Defendant Experian Information Solutions, Inc. was filed June 5, 2023 (Doc 75).

5. Plaintiff has reached a settlement in principle with Defendant RSH & Associates, LLC.

6. Plaintiff anticipates filing a Stipulation of Dismissal of Defendant RSH & Associates, LLC within 45 days.

Dated:  September 26, 2023

*Respectfully submitted*,

By: /s/ A.J. Stecklein
A.J. Stecklein          #16330
Michael H. Rapp         #25702
Matthew S. Robertson    #27254
STECKLEIN & RAPP CHARTERED
1503 Westport Road
Kansas City, Missouri 64111
Telephone: 913-371-0727
Facsimile:  913-371-0727
Email: AJ@KCconsumerlawyer.com
       MR@KCconsumerlawyer.com
       MSR@KCconsumerlawyer.com
**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on September 26, 2023, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
Attorney for Plaintiff