IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **JASON LEE KASZKO,**<br><br>   Plaintiff,<br><br>**vs.**<br><br>**RSH & ASSOCIATES LLC** and **EXPERIAN INFORMATION SOLUTIONS INC.,**<br><br>   Defendants. | Case Number: 22-cv-02316 KHV/TJJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Plaintiff and remaining Defendant RSH & Associates LLC file this stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  1. Plaintiff is Jason Lee Kaszko; Defendants are RSH & Associates, LLC and Experian Information Solutions, Inc.

  2. Plaintiff sued Defendants for violations of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq*.

  3. Plaintiff now moves to dismiss the lawsuit against remaining Defendant RSH & Associates LLC.

  4. Defendant RSH & Associates LLC agrees to the dismissal.

  5. This case is not a class action.

  6. A receiver has not been appointed in this case.

  7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

  8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice to refiling.

10. Each party is to bear its own fees and costs.

*Respectfully submitted*,

By: /s/ A.J. Stecklein
A.J. Stecklein        #16330
Michael H. Rapp       #25702
Matthew S. Robertson  #27254
STECKLEIN & RAPP CHARTERED
1503 Westport Road
Kansas City, Missouri 64111
Telephone: 913-371-0727
Facsimile:  913-371-0727
Email: AJ@KCconsumerlawyer.com
       MR@KCconsumerlawyer.com
       MSR@KCconsumerlawyer.com
**Attorneys for Plaintiff**

and

By: /s/ Sean M. Sturdivan
Sean M. Sturdivan     #21286
Jackson J. Gilkey     #79079
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Telephone: 913-234-6100
Facsimile:  913-234-6199
Email: s.sturdivan@swrllp.com
       j.gilkey@swrllp.com
**Attorneys for Defendant RSH & Associates LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on October 12, 2023, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
Attorney for Plaintiff